# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:18-cv-1581-RMG |
| Michael McCall, Shirley McCants, et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✖ other: This complaint is dismissed with prejudice. The Court DECLINES TO ADOPT the recommendation for dismissal without prejudice and otherwise ADOPTS the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✖ decided by the Honorable Richard M. Gergel, United States District Judge. The court

Date:   July 3, 2018

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*